

**NUMBER 13-13-00633-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**GUADALUPE DE LEON ACUNA,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 389th District Court
of Hidalgo County, Texas.**

---

## ORDER TO FILE APPELLATE BRIEF

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

This cause is currently before the Court on appellant's third motion for extension of time to file the brief. The clerk's record was filed on January 27, 2014 and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling one hundred

and fifty-two days to file the brief, and appellant now seeks an additional ninety days, until October 28, 2014, to file the brief.  By order previously issued in this cause, the Court ordered counsel to file the brief, informed counsel that the Court looked with disfavor on the delay caused by counsel's failure to timely file a brief in this matter, and informed counsel that no further extensions of time would be granted absent exigent circumstances.   By his third motion for extension of time, counsel asserts that good cause exists to grant this final extension of time because it will be necessary for counsel to order and review an additional trial transcript for full and adequate briefing on the issue of collateral estoppel in this case.   Counsel asserts that his client and opposing counsel are in agreement with the request for an extension of time.

Accordingly, based on the exigent circumstances described, we GRANT appellant's third request for extension of time to file the brief.   The brief is now due on or before October 28, 2014.   If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected.   *See id.* R. 38.8(b)(4).

PER CURIAM

Justice Perkes dissenting without separate order.

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of August, 2014.

2